**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Marcus Darnell PICKETT, a/k/a Eric
Smith, Defendant–Appellant.**

**No. 14–6127.**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 22, 2014.

Decided: May 29, 2014.

Marcus Darnell Pickett, Appellant Pro Se. Elizabeth Jean Howard, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before TRAXLER, Chief Judge, and HAMILTON and DAVIS, Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus Darnell Pickett appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for sentence reduction based on the Fair Sentencing Act and Amendment 750 to the Sentencing Guidelines. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Pickett*, 6:09–cr–00178–GRA–1 (D.S.C. Jan. 17, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*